RECEIVED
IN MONROE, LA

JUL 1 6 2007
*mdl*
ROBERT H. SHERWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-30018-01 |
| VERSUS | * | JUDGE JAMES |
| SABINO ROSAS-NIEVES | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, rendered orally in open court, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, SABINO ROSAS-NIEVES, and adjudges her guilty of the offense charged in Count One of the indictment against her.

THUS DONE AND SIGNED this __16__ day of __July__, 2007, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION